No. 762. LANSING DROP FORGE Co. *v.* AMERICAN STATE SAVINGS BANK. Appeal from the Supreme Court of Michigan. Motion to dismiss distributed February 21, 1936. Decided March 2, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein granted, and the appeal is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Fox Film Corp.* v. *Muller,* 296 U. S. 207, 210, 211; *Petrie* v. *Nampa Irrigation District,* 248 U. S. 154, 157; *Enterprise Irrigation District* v. *Canal Co.,* 243 U. S. 157, 163, 164. *Mr. Alva M. Summins* for appellant. *Mr. Walter S. Foster* for appellee.

No. —, original. EX PARTE GIBBONS. March 2, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Peter Gibbons, pro se.*